IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**BRADLEY L. BERG,**                         3:14-CV-00135-AC

        **Plaintiff,**                   ORDER

v.

**UNITUS COMMUNITY CREDIT UNION,**

        **Defendant.**

**BROWN, Judge.**

    Magistrate Judge John V. Acosta issued Findings and Recommendation (#49) on August 11, 2014, in which he recommends this Court grant Defendant Unitus Community Credit Union's Motion (#11) to Dismiss for Lack of Jurisdiction and deny Plaintiff Bradley L. Berg's Motion (#17) to Strike and Motion (#25) for Entry of Default. The matter is now before this Court pursuant

1 - ORDER

to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*.  *See Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009). *See also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*). Having reviewed the legal principles *de novo*, the Court does not find any error.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Acosta's Findings and Recommendation (#49).  Accordingly, the Court **DENIES** Plaintiff's Motion (#17) to Strike and Motion (#25) for Entry of Default, **GRANTS** Defendant's Motion (#11) to Dismiss for Lack of Jurisdiction, and **DISMISSES** this case **without prejudice**.

IT IS SO ORDERED.

DATED this 17th day of September, 2014.

/s/ Anna J. Brown

ANNA J. BROWN
United States District Judge

2 - ORDER